# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 22-cr-00106-OAW |
| | : | |
| v. | : | |
| | : | |
| ARON DEUTSCH, | : | |
| | : | |
| Defendant. | : | June 16, 2022 |

## CONSENT PROPOSED SENTENCING SCHEDULE

The defendant, Aron Deutsch, and the Government, jointly move this Court to adopt the following sentencing schedule in his case:

PSR First Disclosure Deadline: September 9, 2022

PSR Final Disclosure Deadline: October 7, 2022

Defense Submission Due: October 20, 2022

Government Submission Due: October 27, 2022

Sentencing Date: November 3, 2022

In support of this motion, Mr. Deutsch respectfully submits the following:

1.  On May 19, 2021, Mr. Deutsch was arrested on a complaint and charged with violations of 18 U.S.C. §§ 1014, 1343, 1344, and 1349.

2.  On June 1, 2022, Mr. Deutsch pleaded guilty to a single-count Information charging him with violating 18 U.S.C. § 1349.

3.  At that hearing, the Court ordered the parties "to meet and confer with probation and submit a mutually agreeable scheduling order no later than June 16, 2022." (ECF No. 44.) The parties have done so and propose the above-mentioned schedule.

4.  The parties propose the November 3 sentencing date for three reasons. First, based on an agreement between the Government and the defendant, the Government will

produce extensive discovery that the defendant will need time to review prior to sentencing. Second, two of Mr. Deutsch's attorneys have a trial scheduled for September. Third, there are many Jewish holidays between late September and the middle of October when some of Mr. Deutsch's attorneys cannot work and when they will be unable to consult with Mr. Deutsch.

    Accordingly, Mr. Deutsch moves this Court to adopt the above-mentioned sentencing schedule.

                                  Respectfully submitted,

                                  ARON DEUTSCH
                                  DEFENDANT

                     By:  */s/ Stanley A. Twardy, Jr.*
                            Stanley A. Twardy, Jr. (ct05096)
                            Day Pitney LLP
                            One Stamford Plaza, 7th Floor
                            263 Tresser Boulevard
                            Stamford, CT 06901
                            (203) 977-7300
                            satwardy@daypitney.com

                            Matthew J. Letten (ct31121)
                            Day Pitney LLP
                            242 Trumbull Street
                            Hartford, CT 06103
                            (860) 275-0565
                            mletten@daypitney.com

- 3 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 16, 2022, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

                                         */s/ Stanley A. Twardy, Jr.*
                                         Stanley A. Twardy, Jr. (ct05096)