1                    UNITED STATES DISTRICT COURT

2                      DISTRICT OF CONNECTICUT
    - - - - - - - - - - - - - - -x
3
    USA                               :
4                                     : Case No. 3:22cr106
    v.                                :          (OAW)
5                                     :
    ARON DEUTSCH                       :
6                                     : JANUARY 8, 2024
                                      :
7                                     :      SENTENCING
                                      :
8    - - - - - - - - - - - - - - - x

9

10

11                    SENTENCING OF ARON DEUTSCH

12

13                        450 Main Street
                          Hartford, CT 06103
14

15

16          BEFORE: THE HONORABLE OMAR A. WILLIAMS

17

18

19

20

21

22   COURT REPORTER:  Catherine Cullen
                        (914) 552-3201
23

24   Proceedings recorded by mechanical stenography, transcript
     produced by computer.
25

1    APPEARANCES:

2    FOR THE PLAINTIFF:

3    U.S. Attorney's Office
     157 Church Street, 25th floor
4    New Haven, Connecticut 06510
     BY: HEATHER L. CHERRY
5
     DOJ - USAO
6    450 Main Street, Room 328
     Hartford, CT  06103
7    BY:  SARAH MICHELLE GRUBER

8

9    FOR THE DEFENDANT:

10   DAY PITNEY, LLP
     Goodwin Square
11   225 Asylum Street
     Hartford, CT  06103
12   BY:  MATTHEW J. LETTEN

13   DAY PITNEY, LLP
     One Canterbury Green
14   201 Broad Street
     Stamford, CT  06901
15   BY:  STANLEY A. TWARDY

16   HAFETZ, NECHELES & ROCCO
     500 Fifth Avenue, 29th Floor
17   New York, NY  10110
     BY: SUSAN R. NECHELES
18

19   LAW OFFICE OF CHARLES L. KURMAY
     61 Cherry Street
20   Milford, CT  06460
     BY CHARLES L. KURMAY
21

22   Also present:  Daniel Leone,
                    U.S. Probation Office
23

24                   Special Agent Joseph DellaPenna

25

```
 1              COURTROOM DEPUTY:  (Opens the courtroom).

 2              THE COURT:  You may have a seat.  Good

 3    afternoon.

 4              MS. NECHELES:  Good afternoon, Your Honor.

 5              MS. GRUBER:  Good afternoon.

 6              THE COURT:  Would the parties identify

 7    themselves for the record.

 8              MS. GRUBER:  Good afternoon.  Assistant United

 9    States Attorney Sarah Gruber for the government.  With me

10    at counsel's table is AUSA Heather Cherry and Special

11    Agent Joseph DellaPenna from FHFA-OIG.

12              MR. TWARDY:  Stanley Twardy for the defendant.

13    Behind me is Matt Letten, attorney.  To my right is

14    Gedalia Stern, and Mr.~Deutsch is to his right.  And to my

15    far right is Susan Necheles who will be doing the argument

16    today.

17              THE COURT:  Madam Courtroom Deputy, you

18    mentioned appearances were filed by counsel at the Clerk's

19    office and in hand this afternoon as well, correct?

20              MR. TWARDY:  Yes, Your Honor.  They were filed

21    about 2:50.  We had the pro hac VJ motion granted awhile

22    back, we just, through oversight, didn't enter the

23    appearance part of that.  So we apologize for that, Your

24    Honor.

25              THE COURT:  Okay.  No problem.  Thank you.  We
```

1    also have probation present.  Good afternoon.  Officer

2    Leone from probation is present.

3          Now, the Court will start by reiterating its

4    extreme gratitude and sincere gratitude to probation for

5    not only the preparation for the presentence report and

6    its addenda, but for maintaining an accurate record

7    through the several developments throughout this case to

8    include today, so thank you very much for that.

9          PROBATION OFFICER:  Thank you, Your Honor.

10          THE COURT:  And thanks as well to my law clerk

11    Attorney Phil Kim, courtroom deputy Frances Velez, court

12    reporter Kate Cullen.  Thank you all for your patience

13    throughout today's proceedings as well.  And I ask that

14    they and both counsel and Mr.~Deutsch feel free to speak

15    up if there's anything misstated or left out or that needs

16    to be repeated.

17          The Court notes that counsel for Aron Deutsch

18    was present for and to a degree participated in the 10:00

19    sentencing of Jacob Deutsch at Docket No. 22cr139 this

20    morning.

21          That sentencing hearing took place in open Court

22    and the Court considers its reasoning for purposes of

23    distinguishing the present defendant, Aron Deutsch, where

24    appropriate, but also in maintaining parity where the

25    conduct for the defendants are similar.  Significantly,

1    the Court starts out by noting that this defendant has no

2    known history of previous criminal convictions; is that

3    correct?

4              MS. NECHELES:  That's correct.

5              THE COURT:  Aron Deutsch pleaded guilty to

6    conspiracy to commit mail and wire fraud in violation of

7    Section 1343 of Title 18 of the United States Code by way

8    of the conspiracy statute at 18 U.S.C. Section 1349.

9              That plea was entered on June 1st of 2022, some

10   18 months ago.  His statutory exposure is up to 30 years

11   in prison with up to five years of supervised release

12   following any prison sentence, and up to $1 million in

13   fines.

14             Do the parties agree to that procedural history

15   and statutory exposure at this time?

16             MS. NECHELES:  Yes, Your Honor.

17             MS. GRUBER:  Yes, Your Honor.

18             THE COURT:  Thank you, both.  The Court reviewed

19   the filings by the parties, all supplements, attachments

20   and letters, and the presentence report from probation and

21   its addenda.

22             Has each party had the opportunity to do so as

23   well?

24             MS. GRUBER:  Yes, Your Honor.

25             MS. NECHELES:  Yes, Your Honor.

1          THE COURT:  Thank you.  And has defense counsel

2    discussed the PSR with Mr.~Deutsch?

3          MS. NECHELES:  Yes, Your Honor.

4          THE COURT:  Mr.~Deutsch, have you had enough

5    time to discuss it with your lawyers and do you understand

6    what the presentence report conveys?

7          THE DEFENDANT:  Yes, Your Honor.

8          THE COURT:  Now, does either party have any

9    remaining corrections or objections to the PSR that it

10   wishes to address, understanding the guidelines

11   determinations that the Court still will have to make and

12   the rulings that it entered as to the Jacob Deutsch case,

13   do either parties wish to be heard?

14         MS. GRUBER:  Yes, Your Honor.  Just briefly.

15   The same alteration for the loss amount from the PSR's

16   fifth addendum that was made in the earlier case this

17   morning, in 22CR139, should be made in this case as well.

18   And that's that the unpaid principal balance of 194

19   Washington Street should be $10,725,642.84.

20         And when you subtract that number off the tax

21   assessed value of $8,002,900, there's a presumptive actual

22   loss amount of $2,722,742.80.  And that number as of

23   Friday afternoon didn't contain the mortgage payment that

24   was made but not applied on January 6th.  If that

25   January 6th were applied, the unpaid principal balance

1    would be slightly less, but it would be immaterial for any

2    sentencing guidelines calculation.

3        THE COURT:  Thank you, counsel.  Does defense

4    wish to be heard?

5        MS. NECHELES:  I'm confused, because I thought

6    Your Honor made findings about the amount of loss this

7    morning already and that it was zero.  So I'm a little

8    confused about that.

9        THE COURT:  I'll let the government respond

10   first.

11       MS. GRUBER:  The government was merely

12   developing this record understanding that the Court is

13   likely to look to this morning's proceedings and

14   correcting the PSR so we can accept.

15       MS. NECHELES:  I thought the PSR would reflect

16   the amount loss of zero, that that should be in accordance

17   with Your Honor's ruling this morning, that there was zero

18   loss here.  And I understand the government is making a

19   record, but I believe that the PSR should be at this point

20   saying that the amount of loss, it might be reflecting

21   that there are mortgages that are still a certain amount,

22   but that the amount of loss here is zero.

23       MS. GRUBER:  Your Honor, I think the government

24   expects the Court to ultimately determine that the

25   rebuttable presumption of loss is $2.7 million or so, and

1   I expect the Court to determine that loss is zero.  But

2   for purposes of the factual record contained in the PSR,

3   we want to make sure it was accurate as to that loss

4   calculation, understanding that the Court would then

5   resolve any factual disputes relating to loss after that.

6           MS. NECHELES:  Yes, that's fine, I guess.

7   Thanks.

8           THE COURT:  Based on that, the Court as it did

9   in the matter of Jacob Deutsch, the Court will make

10  findings for purposes of the factual recitation of the

11  PSR, the Court will find as it did in the Jacob Deutsch

12  matter, that the presumptive loss, I want to make sure I

13  have the correct figure, that it was, the government was

14  recommending, was it $2.742 million?  Or 2 million --

15  Well, I'll let the government be heard.

16          Would the government restate the presumptive

17  loss amount that was requested?

18          MS. GRUBER:  $2,722,742.80.

19          THE COURT:  Thank you.  That's what the Court

20  has as its ruling as to Jacob Deutsch.  The Court makes a

21  similar ruling in this matter, but does find that the

22  presumptive loss successfully was rebutted by the defense

23  as argued in the Jacob Deutsch matter, this case having a

24  similar factual basis on that issue, and the Court again

25  notes that it will be making certain guidelines

1    determinations momentarily.  But otherwise -- sorry, are

2    there any other objections or corrections?

3             MS. GRUBER:  No, Your Honor.

4             MS. NECHELES:  No, Your Honor.

5             THE COURT:  The Court otherwise adopts the facts

6    in the PSR and accepts the signed plea agreement filed

7    June 1st of 2022 at Docket No. 48, finding that it

8    adequately reflects the seriousness of the offense

9    behavior and accepting it will not undermine the purpose

10   of sentencing.

11            The Court will be imposing a sentence no greater

12   than necessary and considers the sentencing goals as set

13   forth in Section 3553A of Title 18 of the United States

14   Code, and also will consider the Federal Sentencing

15   Guidelines as recommended in this case, even though the

16   Court retains the discretion to stray from those

17   guidelines.

18            With respect to the guidelines, the parties and

19   probation agree to a base offense level of 7 under Section

20   2E1.1A1; is that correct?

21            MS. GRUBER:  Yes, Your Honor.

22            MS. NECHELES:  Yes, Your Honor.

23            THE COURT:  Thank you.  The parties also agree

24   defendant is subject to a three-point increase under

25   3B1.1B as a manager or supervisor, but not organizer or

1    leader of criminal activity involving five or more

2    persons; is that correct?

3              MS. GRUBER:  Yes, Your Honor.

4              MS. NECHELES:  Yes, Your Honor.

5              THE COURT:  Thank you.  So the subtotal is now

6    10.  As with Jacob Deutsch who was sentenced earlier

7    today, this would disqualify defendant Aron Deutsch from a

8    two-level decrease for the zero-point offender, as a

9    zero-point offender as contemplated by Amendment 821 and

10   Section 4C1.1.  Do the parties agree to that?

11             MS. GRUBER:  Yes, Your Honor.

12             MS. NECHELES:  Yes, Your Honor.

13             THE COURT:  So even before we get to the loss

14   amount, the Court will note that Aron Deutsch qualifies

15   for acceptance of responsibility and a decrease of two

16   points at this point, which would bring us to a subtotal

17   of 8 for the offense level.  Do the parties want to be

18   heard on that at this point?

19             MS. GRUBER:  No, Your Honor.

20             MS. NECHELES:  No, Your Honor.

21             THE COURT:  As mentioned in the Jacob Deutsch

22   matter, the government is not seeking a sophisticated

23   means enhancement as to this defendant; is that correct?

24             MS. GRUBER:  That's correct, Your Honor.

25             THE COURT:  The Court takes that into

1    consideration when noting that the parties entered into a

2    plea agreement in this case and that they continue to find

3    this defendant somewhat distinguishable from Jacob Deutsch

4    and his conduct, which will be addressed later on.

5              But does the government now wish to be heard any

6    further with respect to the loss amount in this case?

7              MS. GRUBER:  No, Your Honor.

8              THE COURT:  Does defense want to be heard with

9    respect to the loss amount?

10             MS. NECHELES:  No, Your Honor.

11             THE COURT:  Thank you.  The Court does determine

12   the loss amount to be zero for the reasons stated in the

13   Jacob Deutsch case.

14             And does the defense wish to be heard with

15   respect to the Criminal History Category and the resulting

16   guidelines range as recommended?

17             MS. NECHELES:  Your Honor, my understanding at

18   this point, he has a criminal history of none, zero, as

19   set forth, and my understanding is the resulting guideline

20   range should be zero to six months.

21             THE COURT:  Does the government wish to be

22   heard?

23             MS. GRUBER:  No, Your Honor.  That's accurate.

24             THE COURT:  The Court does so find Criminal

25   History Category is zero, leaving the guidelines range

1  zero to six months.

2          Of course, Mr.~Deutsch, you understand that

3  while the Court finds that the sentencing guidelines

4  recommend a sentence of zero to six months in prison, the

5  Court can find reasons after hearing from you, your

6  lawyer, the government's lawyer and anyone else who asks

7  to be heard today, the Court could find reasons to stray

8  from that range.  But do you understand that the

9  guidelines range is zero to six months, sir?

10          THE DEFENDANT:  Yes.

11          THE COURT:  Thank you.  Again, in a moment I'll

12  hear from the parties, but I'll start by asking the

13  government whether there's anyone who is a victim in this

14  case who wishes to be heard today?

15          MS. GRUBER:  The government has notified all

16  victims in this case and none is here to speak today.

17          THE COURT:  Thank you, counsel.  Just so the

18  record is clear, I'll canvas the courtroom as well.

19          Is anyone here as a victim of this case who

20  wants to be heard today?  No response.  Thank you.

21          At this point, are the parties prepared to be

22  heard as to sentencing?

23          MS. GRUBER:  Yes, Your Honor.

24          MS. NECHELES:  Yes, Your Honor.

25          THE COURT:  Thank you.  I'll start with the

1    government, whenever you are ready.

2         MS. GRUBER:  Thank you, Your Honor.  The

3    government in this case seeks a period of incarceration

4    and the maximum fine, which is $1 million.

5         The Court has carefully read all of our

6    submissions, as was clear from this morning's hearing in

7    the related case of Jacob Deutsch, and the government

8    relies on the stipulation of offense conduct and our

9    sentencing submission.

10        But in brief, the conduct in this case was a

11   sophisticated mortgage fraud conspiracy perpetrated over a

12   number of years.  It was complicated, it was long-lasting,

13   and it was serious.

14        Nevertheless, the government believes that the

15   position of this defendant, of Aron Deutsch, is somewhat

16   distinguishable from that of the related defendant, Jacob

17   Deutsch.

18        We believe that Aron Deutsch knew what he was

19   doing, knew exactly what the lenders would need, and

20   facilitated the scheme along with his codefendant for a

21   number of years.

22        However, he was not the primary contact with any

23   of the banks, he was not seemingly in charge of the

24   operation, and so for that reason the government believes

25   although a period of incarceration is warranted here, it

1    would not be to the same degree or same level as that of

2    Jacob Deutsch.

3              In addition, the government believes that the

4    maximum fine here is warranted.  Mr.~Deutsch has profited

5    from years of fraud here and that calls for a substantial

6    fine, if not a period of incarceration.

7              But nevertheless, the government relies on its

8    brief and would be happy to answer questions if Your Honor

9    has any.

10             THE COURT:  I guess, is the government making

11   any motions of any kind?

12             MS. GRUBER:  I would like to make a motion for

13   acceptance of responsibility.  Strike that.  No motion,

14   Your Honor.  There's no third point here.

15             THE COURT:  Thank you.  Motion withdrawn.  Thank

16   you for catching that.  At this point, I'll hear from

17   defense counsel, please.

18             MS. NECHELES:  Thank you, Your Honor.  Your

19   Honor, just to be clear, my understanding is the reason

20   there's no motion for an acceptance of responsibility,

21   it's not that the government doesn't believe that he

22   accepted responsibility, the guidelines are not 16 points.

23             THE COURT:  Correct.

24             MS. NECHELES:  Your Honor, I want to address the

25   3553A factors here, including the type of man Aron Deutsch

1    is, his life history, and how he came to commit the crime

2    to which he pleaded guilty.

3            I've gotten to know Mr.~Deutsch over the past

4    three years and the man that I have come to know is the

5    man who is reflected in the letters.  And I know Your

6    Honor has spent an extraordinary amount of time on this

7    sentencing and that you read the letters and watched the

8    videos and read all of the materials in this case, but I

9    still am going to review some of them just to talk about

10   what I see as the kind of remarkable and kind and caring

11   person who grew up in total poverty under very difficult

12   circumstances, and until he got involved in this case

13   here, led an exemplary life, working hard, caring for his

14   family, caring for people in his community and caring for

15   his employees.

16           So I want to talk about the life that Aron

17   Deutsch has led, because today, on the day of sentencing,

18   a man's whole life has to be taken into account.  The

19   Court must look at everything that the person has not

20   done, not just what he did in terms of criminality.  And

21   at the end of my remarks today, Your Honor, I am going to

22   address the question which Your Honor rightly asked before

23   in the prior sentencing and should rightly be asking here

24   as well:  How did what Mr.~Deutsch's whole life square

25   with the criminal acts that he took here.

1          And I will talk about how did Mr.~Deutsch come

2    to stumble and fall from the straight path that

3    Mr.~Deutsch walked his entire life.

4          As Your Honor knows, Aron Deutsch grew up poor

5    in Israel.  His parents were broken people who had seen

6    the worst of life and the worst of humanity and who

7    survived the holocaust in concentration camps.  Their

8    whole families were lost and they spent their whole lives

9    broken from this.

10          They went to Israel after the war and then came

11    to this country with Aron when he was a teenager.  Aaron

12    was the only one of the children who came here, the others

13    stayed in Israel.

14          Letter after letter tells how Aron cared for

15    them his entire life, the respect he showed, the

16    compassion he had.  And he also cared for his in-laws, who

17    similarly were holocaust survivors, and cared for them in

18    extraordinary ways, feeding them, having them live in his

19    home, going to live near them, giving up his bedroom for

20    them, so they would always be cared for.

21          When Aron came to this country, he spoke only

22    Hebrew and Yiddish, and he learned English.  And Your

23    Honor heard him when he speaks English, but Mr. Perolli

24    who spoke on the video and wrote a letter to Your Honor

25    and who has known Aron for 30 years writes:  Aron never

1   really learned to write English or to read it well.

2          But Mr. Perolli also wrote about an aspect of

3   Aron's character which you see reflected in letter after

4   letter and that was Aron's deep empathy for people who are

5   different from him, not just people in his community.

6          Your Honor, as a person who has worked a lot in

7   this community and as a person who comes from a family of

8   immigrants, I know how hard it is for people who come from

9   certain communities to move beyond themselves and branch

10  out.  When we only speak a foreign language, it's hard to

11  branch out to other people.

12         But Aron is different than that.  And

13  Mr. Perolli wrote how Aron was always willing to help a

14  coworker, how he would help drive him home and go out of

15  his way to help other people.  And how Aron really gave

16  thought to this and he thought about what other people

17  need and cared about.

18         And so, for example, he writes about how the

19  company they both worked for clothes.  Aron encouraged

20  Mr. Perolli to finish college.  This was foreign to

21  Mr.~Deutsch; he never went to college.  Nobody in his

22  family has gone to college.  People in his community

23  usually don't go to college.  But Mr. Perolli writes:

24  Aron found out about a program that could help supplement

25  tuition for workers that lost jobs due to imported

1    products - and that was why their company had closed -

2    because of that I was able to go back to school and finish

3    my education.  I continued to reap the benefits of this

4    decision.

5              Thirty years later, they have not worked

6    together in 30 years, and they are still friends.  And

7    this is not the only story of Aron mentoring and helping

8    others who he had met.  And I believe that this

9    exemplifies a deep strength in Aron's character.

10             He comes from a community, the Hasidic Jewish

11   Community, and English is not spoken in the homes.  They

12   speak Yiddish or Hebrew and dress different from other

13   people and eat different foods.  Everything about their

14   lives is different from the majority of American society.

15   And the easiest thing to do is not reach out to other

16   people, to stay in your comfort zone.  But that is not who

17   Mr.~Deutsch is, who Aron Deutsch is.

18             You saw from Mr. Perolli's letter and from the

19   many letters from employees that this is not how he has

20   led his life.  It's not his nature to be separate from

21   other people.

22             Aron Deutsch is a simple person in the most pure

23   and special meaning of that word.  He reaches out to other

24   people, including people different from him.  He worked

25   hard and he cared for the people he worked for with.  He

1    really got to know them and he helped so many of those

2    people as they have written in the most simple,

3    straightforward and meaningful ways.

4          Angel Santana was a maintenance supervisor who

5    worked with Aron writes:  He has been so good and

6    considerate to me and all the other staff members at BH

7    Properties.  He believes in being kind to everyone.

8          Mr. Santana further writes:  Mr.~Deutsch is a

9    person who respects everyone no matter who you are.  My

10   heart is in pain he finds himself in this problem and I

11   pray you can show leniency to him and not send him away.

12   He means a lot to us.

13         Mr. Santana uses the word "respect" in

14   describing how Mr.~Deutsch treats his workers.  And that

15   statement, that word, is repeated in letter after letter.

16   He treated his employees with respect.  He knew about

17   their families, about their difficulties, about their

18   problems, and he always tried to help them.

19         Ms. Davis who spoke earlier today, wrote to the

20   Court stating:  In our office a day does not go by without

21   Aron being asked for help.  I see Aron like a father

22   figure and he treats me like family.  He has a heart of

23   gold, of passion, and love for others, though not lowering

24   his expectations, morals and values.

25         Many other similar letters have been written by

1    other employees to the Court, and I know the Court has

2    read them, but the coworkers were not the only people

3    outside his community who Mr.~Deutsch helped.  And indeed

4    it was striking to me that a number of the letters talked

5    about how Aron is particularly troubled by homelessness.

6            He grew up poor.  Very, very poor.  And he knows

7    what it's like to have nothing.  And person after person,

8    a number of people mentioned, Mr.~Deutsch always gives

9    money to homeless people, that he stops his car to get out

10   to help homeless people.  And you know that this is

11   happening and this is true when so many people are

12   mentioning it in their letters.

13           He never has forgotten where he came from and he

14   has always tried to help people less fortunate than him.

15   This is the type of person he is, a person with deep

16   empathy, and has lived his life helping even strangers.

17           Your Honor, I've used the word simple to

18   describe Mr.~Deutsch, because to me that captures what I

19   have come to know about Aron.  Aron is a person of action,

20   not words.  He stumbles over words.  He spent his life

21   working with his hands.  That's what he does.  He managed

22   construction and maintenance.  He taught others how to

23   make things, how to fix things.  And Your Honor has seen

24   what he created in the buildings that he renovated.

25           There's no question in this case, it's not

 1    disputed, those renovations were good.  And this work, the

 2    renovations, made many people's lives better.  This is

 3    clear from the letters of tenants, and it's also clear

 4    from an FBI 302 of Donnelly Kidd.  We concluded this in

 5    one of our exhibits.  Ms. Kidd was the property manager

 6    for two of the properties before the Deutsches bought them

 7    and she described these properties to the government in an

 8    interview by the government.  And she said the following:

 9    These properties were in deplorable conditions.  They

10    required extensive renovations.  There was human feces

11    everywhere.  Prostitution and drug activity was rampant at

12    the properties.  On occasion when an apartment was

13    vacated, someone would crawl through a window and take up

14    residence in the apartment without ever paying rent.

15         The buildings were unsafe and not places where

16    people should have to live.  You have seen the photos of

17    these buildings, how they were transformed.  And Aron's

18    role in this transformation was simple.  The witnesses,

19    and specifically his co-employees, tell Your Honor that

20    Aron was the construction guy.  He left home every day at

21    5:00 a.m., drove to Hartford, worked with his hands and

22    with his employees, and physically transformed the

23    neighborhood into a better place.

24         The government mentioned there are still some

25    empty buildings.  Yes, Aron renovated over 20 buildings

1    and there are few that have not yet been renovated.  But

2    they are not in terrible condition because he caused that

3    terrible condition, they were that way before they bought

4    them.  He has just made the neighborhood a better place

5    working on construction and maintenance, and that was his

6    role.

7          And, Your Honor, we note that we reached out at

8    Your Honor's order, we reached out to the City to ask them

9    if they had any comments on the buildings here and they

10   didn't comment.  And I submit that if these buildings were

11   in bad shape or there were a lot of complaints about those

12   buildings, they would have responded to that.

13         What you did see was that there were, I believe,

14   two complaints, one safety complaint.  And we included a

15   photo to show after that complaint came in where there was

16   a safety issue with one of the buildings that has not yet

17   been renovated, they put a fence around it to make sure

18   after they got the violation on that building, they put a

19   fence up so nobody could get hurt by it before there was

20   the renovations that are meant to happen there.

21         Your Honor, the same way that Mr.~Deutsch worked

22   with his hands to transform these buildings, he worked

23   with his hands for the people; he loved expressing his

24   love through his actions.  And this love and his actions,

25   I believe, show the type of man he is, the type of life he

1    has lived.  And I was so moved, in fact, by all of the

2    letters in the stories and letters talking about Aron

3    doing for and feeding people.  And again, it's a

4    consistent thing.  You see it in these letters and you

5    know this is the way he led his life because letter after

6    letter after letter tells the same story.

7              Your Honor, I'm Puerto Rican and in my culture

8    we cook and feed people, and that's how I show my love to

9    my family and friends.  So I understand that that is what

10   Aron does as well.  And that's, when I read how

11   Mr.~Deutsch cooked for his daughter who has a special

12   needs child and who tells Your Honor how she was

13   overwhelmed, he cooked for her to care for her.  When he

14   cooked for his children and for neighbor's children

15   throughout COVID.  How he cooked for a family that were

16   displaced during Hurricane Sandy and allowed them to live

17   in his home.  How he cooked for a neighbor whose spouse

18   died and he brought food for weeks to them.  How he cooks

19   for his synagogue every week.  How he packs food and

20   delivers it to needy people, every week he goes and does

21   this.  This is the kind of person he is.  This is him

22   taking actions with his hands.

23             He is not a rich person.  His daughter tells

24   you; we don't have money for philanthropy.  He gives of

25   his actions and that's the kind of life he has lived and

1    that is so much of what he has done.

2         But cooking was not the only way he cared for

3    other people.  Of course, go back to the extraordinary

4    care he gave to his parents and his in-law.  And the

5    respect that he showed these people who had struggled so

6    hard and lived such a difficult life.  And the respect he

7    showed and taught to his children and grandchildren about

8    this is how you treat other people who have been through

9    something in life.  That's the kind of man he is.

10        The money that he raises for his poor family

11   members in Israel consistently.  They wrote letters

12   talking about that.  The money, he goes and begs, he

13   raises from other people for charity.  He spoke about this

14   on the video, Maala, which is a charity that helped his

15   child, his child who was dyslexic and not getting the help

16   he needed in school, and they helped him be able to read.

17   And you can see the kind of father he is, he was crying

18   when he was describing what they did for his son and how

19   his son, he was afraid he would lose his son, because his

20   son was failing in school and frustrated as a child gets.

21   And he is a man who cares so much that he was crying on

22   the video.

23        So, Your Honor, how does a person like this, a

24   man who I believe is really a good man, a man who has

25   never before engaged in wrongdoing, how does he come to

1  create the crime to which he pled guilty?

2           Mr.~Deutsch tells you in his letter how this

3  happened, so I'll quote that to you because I want to

4  discuss it.  And he told you in his letter, he asked you

5  to excuse his English and got a friend to type it for him

6  because he doesn't know how to do it.

7           So he says:  Your Honor, I know I should have

8  not agreed to lie to the banks.  But to tell Your Honor

9  the truth, things had become so difficult for me that I

10  chose to do the wrong thing.  Everything fell apart for me

11  in 2008.  That was the year of the real estate crash.  I

12  was working on a project in Green Point and hoping that

13  would be a real chance for me to finally make it in a way

14  that I could retire and have a good life.  Everything just

15  collapsed, and when it crashed I felt that a piece of me

16  inside was broken.  I would look at my Sarah and look at

17  my children.  I could not find in my heart to smile and to

18  encourage them.

19           What happened was for me, the next seven years,

20  I could not work properly in my job anymore.  It was all

21  gone.  I didn't have the strength to push forward and it

22  felt like everything was going down to the worst, like the

23  end of the road.

24           One day Jacob Deutsch appeared, approached me

25  about joining him in a project he had for Hartford,

1   Connecticut.  I could have a chance to be in charge of the

2   repairs and maintenance for a number of buildings and that

3   in the end I could make enough money for my future.

4         When he spoke to me, I could see a real future

5   for myself and family.  It was a business opportunity I

6   could again work on with my years of experience.  It was

7   the light at the end of the tunnel.

8         And then he says, Your Honor, it was a terrible

9   decision to think like that, to go along with this.  And

10  over these years I've thought -- sorry, I skipped a part

11  of this I should have read -- and of course I did want to

12  make money with the hard work.  And this is where my hope

13  to make money to be secure and retire blinded me.

14        I knew many things were not truthful in the loan

15  applications.  I knew this and we still did it.  But I

16  believed, and I know I was very, very wrong, that we would

17  do the job, work on and improve the buildings and pay back

18  all the loans and that everything would be all right even

19  if we did not tell the truth.  I did this because I wanted

20  to take a shortcut to build up the business and make real

21  money for my family.

22        Honorable Judge, I know this was wrong and not

23  an excuse.  I'm very ashamed.  Your Honor, it was a

24  terrible decision to think like that and over these years

25  I sat and thought about it and cried about it knowing it

1  was wrong.  And it was a crime what we did and as a

2  religious person it was also a sin on my faith.

3         Judge Williams, I don't make an excuse for

4  having done wrong.  There's no excuse, and for that I can

5  only beg for your leniency.  My wife, Sarah, has gone

6  through so much already.  Your Honor, I beg you to give me

7  a chance.  I promise there won't be a reason ever for me

8  to again be in a Court of law as a defendant.

9         Your Honor, I believe Mr.~Deutsch's honesty is

10  stark here.  He admits his wrongdoing; doesn't make

11  excuses for it.  He explains how it happened.  He was at a

12  point in his life of great despair where he had given up

13  and at that point a criminal plan was suggested to him.

14  In his weakness, he fell from the straight path of his

15  life and he agreed to engage in wrongdoing, and he did do

16  so.

17         As he didn't say this to excuse his conduct, I

18  don't say this to excuse his conduct:  He committed a

19  crime.  But I believe that Mr.~Deutsch's comments explain

20  to this Court how a good person, a person who otherwise

21  led a blameless life, could have committed this

22  wrongdoing.  He succumbed to temptation in his life to

23  make his life a little easier, he thought, and he fell off

24  the path of rightness that he had worked at for all of his

25  life.

1          Your Honor, Aron Deutsch has never been a

2    wealthy person.  You can see that in all of the letters.

3    He is not wealthy today.  And we accept that Your Honor

4    will impose the maximum fine here.  And after that fine

5    and the sale of all of these properties, we believe that

6    he will be left with very little to live out the end of

7    his life.

8          Moreover, he's not a healthy man.  He has

9    serious heart problems and he has real joint problems.  He

10   has had surgery already on his heart problems and is going

11   to need surgery on his joint problems.  There's a letter

12   from his doctor.  The letters to Your Honor talk about his

13   father and his father's life where his father also had

14   serious heart problems.  He ended his life with multiple

15   heart surgeries and was really incapacitated.  And this is

16   Mr.~Deutsch's genetic history.  This is the situation he's

17   in right now.

18         Your Honor, I submit this was a financial crime.

19   I submit that the appropriate penalty here is a financial

20   penalty stripping him of all of his profit from all of his

21   work throughout the last five, seven years.  We ask Your

22   Honor impose that plus community service.

23         This is a man who can do much good.  This is a

24   man who I don't believe is in need of any deterrence.  He

25   will never again commit a crime, I believe, and I believe

1    that the government believes that as well.  There's no

2    argument here from the government, I believe, that they

3    feel he's likely to commit another crime.

4         We ask Your Honor that you impose a sentence of

5    community service with a condition of a million-dollar

6    fine and substantial community service.  Community

7    service; he has much good to give and is a person who

8    knows construction and could work at a place like we have

9    suggested, several places in need of the kind of

10   construction work he can do.  He can work at Habitat for

11   Humanity that build houses for people.  There's so much

12   good that this man can do and we ask that be the sentence

13   that be imposed, Your Honor.

14        THE COURT:  Thank you, counsel.  So before I ask

15   whether Aron Deutsch wishes to be heard, you mention,

16   counsel, his financial limitations.  But at the same time

17   you are asking that the Court impose a $1 million fine as

18   requested by the government.  So just to be clear, there's

19   not a claim that he is unable to pay even a $1 million

20   fine; is that correct?

21        MS. NECHELES:  No.  Your Honor, given how things

22   have been moving, all of the money from all of the sales

23   of the properties have gone back into the properties and

24   to fix up the properties, the remaining properties.  And

25   there's been recent sales and that money that is left

1    there is needed for taxes and to pay down other vendors

2    and other loans, hard money loans that were taken out.  So

3    we believe at the end, with that, that there will be

4    enough money left there for a fine.  But after a

5    million-dollar fine, there won't be money left for him.

6    So that's what we ask for Your Honor.

7              I can't give you an exact calculation, because

8    everything hasn't finished.  But we believe that out of

9    that money that will be left will be enough money for the

10   million-dollar fine, but that will effectively strip him

11   from all of the gains from this.

12             THE COURT:  And what would be the timeframe

13   within which the defense anticipates Aron Deutsch would be

14   able to pay that $1 million?

15             MS. NECHELES:  Your Honor, may I speak with the

16   accountant?

17             THE COURT:  Take your time.

18             (Whereupon, counsel steps out and speaks to the

19   accountant).

20             THE COURT:  The Court notes, counsel stepped out

21   of the courtroom momentarily and the defendant remains.

22             MS. NECHELES:  Your Honor, the accountants who

23   have been handling and taking charge of the money once

24   it's sold, tell me they believe it could be paid in six

25   months to a year.  So we would ask for a year, but

1    obviously we will try to pay it off as the money comes in,

2    as promptly as we can.

3            THE COURT:  Defense counsel mentioned the last

4    name, Perolli.  I think the spelling for Madam Court

5    Reporter is P-E-R-O-L-L-I, correct?

6            MS. NECHELES:  Yes, Your Honor.

7            THE COURT:  Before I ask counsel any more

8    questions, I'll ask whether, first, whether your client,

9    Aron Deutsch, was present for the sentencing of Jacob

10   Deutsch?

11           MS. NECHELES:  No, he was not here.

12           THE COURT:  Were you able to discuss with him

13   the arguments and findings from that hearing, or did you

14   not have the opportunity?

15           MS. NECHELES:  We discussed -- he knows what the

16   sentence was, and we discussed with him -- I believe he

17   knows, yes, and we discussed with him the issues of loss.

18           THE COURT:  And defendant was nodding his head

19   yes.  I guess I won't ask you anything that I could ask

20   him if he wishes to speak.  Do you know if Mr. Deutsch

21   wishes to speak?

22           MS. NECHELES:  Yes, he does have a short

23   statement to make, Your Honor.

24           THE COURT:  I've read the letter he presented to

25   the Court as referenced by defense counsel.  But is there

1   anything else, counsel, that you wish to address before I

2   hear from him?

3          MS. NECHELES:  No, unless Your Honor has other

4   questions.

5          THE COURT:  I'll reserve them to determine

6   whether they are answered by Mr. Deutsch's remarks.  But,

7   Mr.~Deutsch, you don't have to say anything on your own

8   behalf.  You certainly can take the time to talk with your

9   lawyers before deciding whether to speak, and if so, what

10  to say.  If you need more time to do that, you can do that

11  now.  But when you are ready, let me know whether you had

12  enough time to talk to your lawyers about that decision

13  and whether you wish to address the Court.

14         THE DEFENDANT:  Your Honor, today is a very hard

15  day for me to speak and what I want to say I already said

16  in the letter and in the video.  I want to say again in

17  front of Your Honor, I know what I did was wrong.  I'm

18  ashamed of myself in the community and family.  I

19  recognize that this is my own fault in wrongdoing.  I will

20  never do something like this again.  I beg Your Honor to

21  have mercy on me for my family, for my children and

22  grandchildren.  Thank you.

23         THE COURT:  I would ask, Mr.~Deutsch, the

24  updates and renovations that were done to the properties

25  at the heart of your crime and the crime of Jacob Deutsch,

1    those renovations, those updates, your lawyer argues that

2    they were primarily done through your work, yes?

3              THE DEFENDANT:  Yes.  I have experience most of

4    my life in construction.

5              THE COURT:  And so I understand your portion of

6    participation in this crime is somewhat limited in

7    comparison to that of Jacob Deutsch.  The government may

8    disagree with that and I'll allow them an opportunity to

9    respond.  But your participation in the crime extended

10   beyond your construction work.  And the government

11   alleges, and you seem to admit, that you participated

12   actively in the criminal deception that was carried out of

13   by Jacob Deutsch.

14             Do you wish to explain why you wouldn't have

15   just said no?  Why you wouldn't have said, let's just do

16   this legally?  What would be your reasoning?  What was

17   your thinking?  And how would I know you wouldn't make a

18   decision like this again?

19             The defendant is conferring with counsel.

20             THE DEFENDANT:  I did not have the money and

21   95 percent of my day was running from building to

22   building.  I came into the office for 10, 15 minutes.  I

23   went along with the flow.  But I did not, absolutely

24   didn't... came up with anything like that.  Ninety-five

25   percent of my time was construction and construction only.

1    And I understand I'm accepting responsibility, and as I

2    said before, I will never, ever do something like this.

3    And I never did anything before that.

4         MS. NECHELES:  Your Honor, if I could comment?

5    I think what Mr.~Deutsch has told me over time is, he

6    didn't think they could get these loans if they hadn't

7    lied.  He thought that was part of the business plan and

8    he knew it was wrong.  They didn't have the money to buy

9    these buildings and so they lied, and he knew that was

10   wrong.  And when he says 95 percent of the time, he then

11   tried to turn a blind eye.  He's not saying he didn't

12   know; he knew, he was involved.

13        THE COURT:  But to interrupt for a moment, what

14   the government is alleging and what I thought Mr. Aron

15   Deutsch was admitting to, was not just going along with

16   it, but actively participating in this ongoing deception.

17        MS. NECHELES:  Yes.  So 95 percent of what he

18   does is construction.  Sometimes he's asked to do things,

19   like show apartments that are empty, and he does that.

20   And he knows that everything else is going on as well.

21   It's not that he doesn't know it.  He knows that he's

22   responsible; he joined in the scheme.  But he does do what

23   he is asked to do and participates in it and commits

24   fraudulent acts himself, too, on certain occasions as the

25   government has alleged and as he has admitted to.  But

1    95 percent of the time, what he is saying, he was just

2    renovating the buildings.  I'm not saying that to say he

3    didn't commit a crime.  He knew that he was part of a

4    scheme where they were committing a crime.

5                THE COURT:  Thank you, counsel.  Anything

6    further from the defense at this time?

7                MS. NECHELES:  No, Your Honor.  Thank you.

8                THE COURT:  Does the government wish to respond

9    to any of the argument or presentations from defense?  Or

10   to respond or to reply to the defense responses to the

11   Court's questions?

12               MS. GRUBER:  Unless the Court has questions, the

13   government has nothing further.  Thank you, Your Honor.

14               THE COURT:  Does defense have anything further?

15               MS. NECHELES:  No, Your Honor.

16               THE COURT:  The Court's considered the comments

17   from the parties and the written materials.  I'll take

18   just a brief five-minute recess before imposing sentence.

19   The Court stands at a five-minute recess, please.

20               COURTROOM DEPUTY:  The United States District

21   Court is now in recess.

22               (Whereupon, a brief recess was taken).

23               COURTROOM DEPUTY:  The Court is open after

24   recess.

25               THE COURT:  Good afternoon.  Thank you all for

1    your patience.  As the Court carefully considered the

2    arguments from the parties and those in their briefs, is

3    there anything further from either side at this point?

4              MS. GRUBER:  Not from the government, Your

5    Honor.

6              MS. NECHELES:  No, Your Honor.

7              THE COURT:  This is a serious offense with very

8    real and potential consequences.  However, significantly,

9    Aron Deutsch, this defendant, has no prior criminal

10   history which leaves the Court able to believe his

11   representation and his assertion that this sentence will

12   be an adequate deterrent to any future criminal conduct on

13   his part.

14             Mr.~Deutsch, are you aware of the sentence that

15   Jacob Deutsch received earlier today?

16             THE DEFENDANT:  Yes.

17             THE COURT:  What was your understanding of what

18   he received?

19             THE DEFENDANT:  Sixty-two months.

20             THE COURT:  In your case, with no prior history,

21   I just want to tell you that the same things that you have

22   told me and that your lawyer has argued are probably the

23   same thing that many criminal defendants say when they are

24   presented to a Judge with no prior record in their

25   history.  They often make these promises, and yet we see

1    plenty of people come back, sometimes for the exact same

2    type of crime.  And you have heard yourself what happens

3    in that situation when somebody has presented, at least,

4    before this Court.  Do you understand that?  My point is,

5    if you come back here on similar conduct, you can expect a

6    very similar fate.  Do you understand that?

7                THE DEFENDANT:  Yes, I do.

8                THE COURT:  This is a non-violent offense.  The

9    Court has contemplated the benefit of a period of

10   incarceration weighed against the deterrent effect in a

11   general and a specific manner.

12               In this case Jacob Deutsch has received a

13   significant jail sentence for his conduct and for having a

14   prior criminal history in which he previously had served a

15   federal prison sentence.  This defendant has a lesser

16   degree of culpability as determined by the government and

17   by the Court and as argued by his attorney.

18               And the Court also has considered the

19   defendant's family, his background, his age, the

20   nonviolent nature of this offense, his request that the

21   Court impose the maximum fine of $1 million, the assertion

22   that he should be able to pay it within one year, and the

23   Court considers any other conditions that may be

24   appropriate or necessary in this case.

25               The Court finds that the sentence is to be

1   imposed as to Jacob Deutsch and this defendant, Aron

2   Deutsch, will assure the public that these matters are

3   taken seriously, but that the Court carefully considers

4   different circumstances and conduct and criminal history

5   of each defendant that is presented before the Court.

6            For all of those reasons, Mr.~Deutsch, this is

7   for Mr.~Aron Deutsch present before the Court, as to

8   conspiracy to commit wire fraud and mail fraud effecting a

9   financial institution in violation of 18 U.S.C. Section

10  1349, the sentence of the Court is that you be sentenced

11  to a period of probation for a term of five years, the

12  maximum term permitted by the guidelines and the law.

13           The Court will go through the conditions in just

14  a moment.  The Court does impose the maximum $1 million

15  fine as allowed by law and as requested by the parties,

16  which the Court will address more specifically in a

17  moment.

18           The Court also imposes the $100 mandatory

19  special assessment.  And normally the Court is asked by

20  the probation office to read off the standard and special

21  conditions of probation, so I will do that.

22           Number one, don't commit another federal, state

23  or local offense.

24           Two, don't unlawfully possess any controlled

25  substance.

1          Three, do not unlawfully use any controlled

2   substance.  You must submit to one drug test within 15

3   days of the start of your probation.

4          You must pay the special assessment that was

5   imposed in accordance with 18 U.S.C. 3013.  You must

6   provide a DNA sample as required.  And you also must

7   complete a mental health evaluation as well as any

8   treatment or counseling recommended by probation and

9   approved by the Court.  You are ordered to follow the

10  rules and regulations of any such program.  If any

11  medication is prescribed, you must take it as prescribed.

12         Your probation officer along with the treatment

13  provider will supervise your participation in the program.

14  You will be financially responsible for some or all of

15  that treatment based on your ability to pay as recommended

16  by probation and as approved by the Court.

17         You must complete a substance abuse evaluation

18  and any inpatient or outpatient treatment or counseling

19  recommended by probation and approved by the Court, if

20  any.  You must follow all rules and regulations of any

21  such program.

22         Probation will supervise your participation in

23  that program and you must pay all or a portion of costs

24  associated with treatment based on your ability to pay as

25  recommended by probation and as approved by the Court.

1          You must submit your person, residence, office,

2    or vehicle to a search conducted by a United States

3    Probation Officer at a reasonable time and in a reasonable

4    manner based upon reasonable suspicion of contraband or of

5    evidence of violation of any of these conditions of your

6    probation.  You must inform anyone who lives with you that

7    your home may be subject to searches pursuant to this

8    condition.

9          With respect to payment of the fine, the Court

10   will order $250,000 be paid within six months of the

11   judgment being docketed and that the remaining $750,000 be

12   paid within one year of the judgment being issued, though

13   there will be no penalty for earlier payment such that if

14   the defendant wishes to pay early or break down these

15   payments, that is permitted.

16         Does either party wish to be heard as to the

17   imposition of the term of probation or its conditions at

18   this time?

19         MS. GRUBER:  No, Your Honor.

20         MS. NECHELES:  No, Your Honor.  Thank you very

21   much for your consideration.

22         THE COURT:  Mr.~Deutsch, do you understand and

23   agree to comply with all of those conditions, sir?

24         THE DEFENDANT:  Yes, Your Honor.

25         THE COURT:  Does either party know of any reason

1   that any portion of the sentence imposed by the Court is

2   illegal?

3            MS. GRUBER:  No, Your Honor.

4            MS. NECHELES:  No, Your Honor.

5            THE COURT:  The sentence hereby is imposed as

6   stated.  The judgment of the Court will be prepared by the

7   Clerk's office with consultation with probation in order

8   for the Court to sign and issue it.

9            Mr.~Deutsch, to the extent you have any grounds

10  to appeal this sentence and you wish to do so, written

11  notice of your appeal must be issued, must be filed within

12  14 days of entry of the judgment.

13           Do you understand that, sir?

14           THE DEFENDANT:  Yes.

15           THE COURT:  If you wish to appeal but can't

16  afford to do so, you pay apply for leave to appeal in

17  forma pauperis.  If that's granted, the Court will waive

18  your filing fee and would appoint a lawyer to represent

19  you on appeal at no cost to you.  Do you understand that,

20  sir?

21           THE DEFENDANT:  Yes, Your Honor.

22           THE COURT:  Anything else from either lawyer?

23           PROBATION OFFICER:  No, Your Honor.

24           MS. GRUBER:  The government intends to file a

25  motion for restitution and we will forward the same.

1          THE COURT:  Does defense have any objection to

2     that?

3          MS. NECHELES:  No.

4          THE COURT:  With respect to the details, it can

5     be taken up through the docket.

6          Mr.~Deutsch, I can tell you that this was not an

7     easy decision for the Court to arrive at.  I'm taking a

8     chance on you.  Make sure that it's worth it, because as I

9     mentioned, you heard exactly what happened with Mr. Jacob

10    Deutsch who went 20 years in between convictions of this

11    nature and still the Court found it appropriate to impose

12    a significant period of incarceration.  I'm giving you the

13    chance to avoid that fate, but that's entirely within your

14    control.  Do you understand that, sir?

15         THE DEFENDANT:  Yes, Your Honor.

16         THE COURT:  Make good decisions.  Thank you,

17    all.  The Court stands adjourned.

18         MS. NECHELES:  Thank you, Your Honor.

19         COURTROOM DEPUTY:  The United States District

20    Court is now adjourned.

21         THE DEFENDANT:  Thank you.

22         (Adjourned at 4:36 P.M.)

23

24

25

1

2                           C E R T I F I C A T E

3

4              I, Catherine Cullen, Official Court Reporter for

5    the United States District Court for the District of

6    Connecticut, do hereby certify that the foregoing pages

7    are a true and accurate transcription of my shorthand

8    notes taken in the aforementioned matter to the best of my

9    skill and ability.

10

11                              /S/ CATHERINE CULLEN

12                              _____
                                Catherine Cullen
                                Official Court Reporter
13                              450 Main Street
                                Hartford, CT  06103
14                              (914) 552-3201

15

16

17

18

19

20

21

22

23

24

25