# NechelesLaw, LLP

1120 Avenue of the Americas
New York, NY 10036

Gedalia M. Stern
gstern@necheleslaw.com
212-997-7400

March 3, 2025

**Via ECF**
Hon. Omar A. Williams
United States District Court
District of Connecticut
450 Main Street
Hartford, Connecticut 06103

      Re: *United States v. Aron Deutsch, 22-cr-106*

Dear Judge Williams:

    We write to update the Court regarding Mr. Deutsch's payment of his $1 million fine.

    As Your Honor knows, at Mr. Deutsch's sentencing, the Court imposed a $1 million fine, to be paid in instalments. Dkt. # 112. The first $250,000 was paid last year. The next $750,000 was originally due in January of this year, but, upon Mr. Deutsch's motion, the Court modified that obligation such that $500,000 was due on February 15th, with the final $250,000 due on June 15th. Dkt. #121. The Court subsequently granted a final extension until March 3 to make the $500,000 payment. Dkt. #123.

    In order to make these payments towards his fine, Mr. Deutsch caused $100,000 to be deposited into my firm's escrow account on Friday, and $650,000 to be deposited this afternoon, which is pending at the time of this letter. In total, these will allow Mr. Deutsch to pay the full amount still owing on his fine: $750,000.

    Knowing that these sums would be deposited into our firm's escrow account, we reached out to the Clerk's Office on Friday to obtain their wiring instructions so that we could pay the remainder of the fine by wire to the Clerk's Office today. Earlier today, I provided those instructions to our firm's personal banker at Chase, who expressed concerns that the instructions provided by the Clerk's Office were insufficient for Chase to schedule and send the wire. The banker himself called someone at the Clerk's Office, but even after doing so, emailed me that the instructions provided by the Clerk's Office were not clear and recommended that we instead make the payment by check. Unfortunately, this means we will be unable to make the final payment towards the fine today.

    Instead, and with the Court's continued indulgence, once the $650,000 clears into our escrow account, we will have someone drive up, we expect tomorrow, to the Hartford courthouse with a $750,000 check, and pay it over to the Clerk of Court. We will docket proof of that payment with the Court.

NechelesLaw, LLP

    Finally, we note that Mr. Deutsch has continued to work with the BH Property Management Company over the last year only to help obtain funds to pay his fine in full. Now that he will have done so, he is no longer working at BHPM.

                                         Respectfully submitted,

                                               /s/

                                         Gedalia Stern (ct31314))

cc: AUSA Heather L. Cherry (via ECF)
    AUSA Sarah M. Gruber (via ECF)